```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              DEC 1 0 2012

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| HERVE GUERRIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:12-CV-00320-RCJ-VPC |
| | ) | |
| HOMELAND SECURITY – ICE, *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #11) entered on October 31, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1), and Plaintiff's Complaint (ECF #1-1) be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #11); therefore, plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF #1-1) is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 4th day of December, 2012.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE